It is so ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **SHAWN LIGGONS** | Case No. 3:17-cv-00145 |
| **Plaintiff,** | |
| v. | **VOLUNTARY STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| **NEW BERN TRANSPORT CORPORATION** | |
| **Defendant.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COMES Plaintiff Shawn Liggons, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files this voluntary stipulation of dismissal of all claims in the above-referenced matter against Defendant, with prejudice.


Date: March 21, 2017                /S/Charles S. Herman
                                    Charles S. Herman (0080187)
                                    Charles Herman Law
                                    411 N. Michigan, Suite 300
                                    Toledo, OH 43604
                                    PH: 419-244-7500
                                    FAX: 419-244-7805
                                    E-Mail:charles@charleshermanlaw.com

                                    Attorney for Plaintiff

### *CERTIFICATE OF SERVICE*

This is to certify that the foregoing was filed electronically with the Court on this day. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

This 21st day of March, 2017.

**CHARLES HERMAN LAW**

**/S/ Charles S. Herman**_____
**Charles S. Herman**
**Attorney for Plaintiff**